Argued and submitted September 29, 2006, affirmed April 4, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JAMES ROLANDSON,
*Defendant-Appellant.*

Washington County Circuit Court
D0305786T; A125243

156 P3d 135

Stephanie Hortsch, Deputy Public Defender, argued the cause for appellant. On the brief were Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Tammy W. Sun, Deputy Public Defender, Office of Public Defense Services.

Paul L. Smith, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong and Wollheim,* Judges.

PER CURIAM

Affirmed. *State v. Vazquez-Escobar*, 211 Or App 115, 153 P3d 168 (2007).

---

* Wollheim, J., *vice* Richardson, S. J.